UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MOORE,<br><br>                           Plaintiff,<br><br>v.<br><br>GATE GOURMET, INC. et al.,<br><br>                           Defendants. | Case No.:  25-cv-2156-JES-MMP<br><br>**ORDER DENYING JOINT MOTION TO VACATE OR CONTINUE EARLY NEUTRAL EVALAUTION**<br><br>[ECF No. 16] |

Before the Court is the parties' Joint Motion to vacate or continue the Early Neutral Evaluation ("ENE") to a date after the parties' private mediation scheduled for May 21, 2026. ECF No. 16.

Per CivLR 16.1(c), counsel and the parties must appear for an early neutral evaluation within forty-five (45) days of filing an answer. Here, the answer was filed December 8, 2025. ECF No. 13. The parties' request to hold the ENE *over five months* after the answer was filed is not in the spirit or language of CivLR 16.1. The parties do not establish good cause for such a significant delay in this action. Therefore, the Court **DENIES** the joint motion to vacate or continue ENE.

1

In accordance with the undersigned's Chambers Rule VII, the Court finds pre-ENE calls with counsel will be productive in this case. Accordingly, the Court **SETS** pre-ENE calls with counsel only on **February 9, 2026** between **9:30** and **10:30 AM**. Counsel shall be available during this time period for a call from the Court.

No later than **February 5, 2026**, each party must provide the undersigned's efile (efile_Pettit@casd.uscourts.gov) the direct number for the attorney of record handling the Pre-ENE call.

**IT IS SO ORDERED**.

Dated:  January 29, 2026

_____
HON. MICHELLE M. PETTIT
United States Magistrate Judge